UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICA WASSERMAN,<br><br>                              Plaintiff,<br><br>-against-<br><br>LAVELLE SCHOOL FOR THE BLIND and REBECCA RENSHAW,<br><br>                            Defendants. | Civil Action No.: 7:25-cv-03248-NSR<br><br>**NOTICE OF MOTION TO<br>WITHDRAW AS COUNSEL** |

      In accordance with Local Civil Rule 1.4, the undersigned counsel, William F. Knight IV, Esq., respectfully requests that this Court withdraw his appearance as counsel of record for Plaintiff. As of September 4, 2025, the undersigned is no longer employed with Valiant Law. Joseph Jeziorkowski, Esq., partner at Valiant Law, will continue to provide representation for the Plaintiff. Accordingly, all future correspondence, filings, ECF notifications, or other information relating to this matter should continue to be directed to Valiant Law.

Dated:  September 4, 2025
           Bronx, New York

                                                        Respectfully submitted,

                                                 By:   */s/William Knight IV*
                                                             William F. Knight IV, Esq.
                                                    3212 Cambridge Ave, A,
                                                    Bronx, New York 10463
                                                    williamknightiv@gmail.com