FJ | FJ LAW
Employment Attorneys

**Joseph Jeziorkowski** | Partner
**Daniel Folchetti** | Partner
2975 Westchester Ave. Ste. 418 | Purchase, NY 10577
Main 914.730.2422 | Fax 914.730.2422
joe@fjlglaw.com | dfolchetti@fjlglaw.com

MEMO ENDORSED

August 20, 2026

**VIA ECF**
Hon. Nelson S. Román, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Erica Wasserman v. Lavelle School for the Blind and Rebecca Renshaw*
Case No.: 25-cv-03248-NSR-AEK
Request for Adjournment of Conference

Dear Judge Román:

We represent Plaintiff Erica Wasserman ("Plaintiff"). We write jointly with Defendants Lavelle School for the Blind and Rebecca Renshaw (all parties collectively, the "Parties") to request an adjournment of the post-discovery conference scheduled for September 2, 2026.

The Parties were granted an extension to complete the remaining deposition, and Judge Krause has rescheduled the settlement conference for September 15, 2026 (ECF No. 41).

In view of the above, and at the direction of Judge Krause, the Parties respectfully request an adjournment of the post-discovery conference until after the settlement conference. Alternatively, the Parties will gladly file a joint status letter following to the settlement conference, advising of a settlement or requesting a conference date, whichever Your Honor prefers.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

FJ Law

JOSEPH JEZIORKOWSKI

cc: Counsel of Record (via ECF)

**The post-discovery conference scheduled for September 2, 2026 is hereby canceled. The Parties are directed to file a joint status letter following the settlement conference advising of a settlement or requesting a conference date by September 18, 2026. The Clerk of Court is directed to terminate the motion at ECF No. 42.**

**Date: August 21, 2026**
**White Plains, New York**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE