USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/9/2026

FJ LAW
Employment Attorneys

2975 Westchest
Main 9
joe@fjllglaw.com | dfolchetti@fjllglaw.com

MEMO ENDORSED

October 9, 2026

**VIA ECF**
Hon. Nelson S. Román, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Erica Wasserman v. Lavelle School for the Blind and Rebecca Renshaw*
Case No.: 25-cv-03248-NSR-AEK
Request for Adjournment of Conference

Dear Judge Román:

We represent Plaintiff Erica Wasserman ("Plaintiff"). We write jointly with Defendants Lavelle School for the Blind and Rebecca Renshaw (all parties collectively, the "Parties") to request an adjournment of the post-discovery conference scheduled for October 29, 2026.

On October 5, 2026, the Parties participated in a settlement conference before the Honorable Andrew E. Krause. Given the progress at this initial settlement conference, the Parties will be participating in a second settlement conference scheduled for October 28, 2026.

In view of the above, the Parties respectfully request an adjournment of the post-discovery conference until after the settlement conference. Alternatively the Parties will gladly file a joint status letter following the settlement conference, advising of a settlement or requesting a conference date, whichever Your Honor prefers.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

FJ Law

JOSEPH JEZIORKOWSKI
DANIEL FOLCHETTI

cc: Counsel of Record (via ECF)

**The parties are kindly directed to file a joint status letter following the settlement conference. The post-discovery conference is adjourned.**

**The Clerk of the Court is respectfully directed to terminate the motion at ECF**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**Dated: October 9, 2026**
**White Plains, NY**